The information available on Case.net is provided as a service and is not considered an official court record.



**| Respond to Selected Documents |** **Sort by date:** Descending Ascending **Display options:** All Entries

**09/10/2026**

**Corporation Served**

Document ID - 26-SMCC-665; Served To - SWIFT TRANSPORTATION CO. OF ARIZONA, LLC; Served Date - 09/04/2026; Served Time - 08:45:00; Service Type - SD; Reason Description - SERV; Service Text -Dan - Intake Specialist

**Notice of Service**

26-SMCC-665; Electronic Filing Certificate of Service.

**08/27/2026**

**Summons Issued-Circuit**

Document ID: 26-SMCC-665, for SWIFT TRANSPORTATION CO. OF ARIZONA, LLC

**08/26/2026**

**Filing Info Sheet eFiling**

**Filed By:** DENNIS JAMES CASSIDY

**Confid Filing Info Sheet Filed**

Confidential Filing Information Sheet.

**Filed By:** DENNIS JAMES CASSIDY

**On Behalf Of:** LLOYD SWARTZ

**Pet Filed in Circuit Ct**

Petition for Damages.

**Filed By:** DENNIS JAMES CASSIDY

**On Behalf Of:** LLOYD SWARTZ

Electronically Filed - Cass - August 26, 2026 - 02:31 PM

IN THE CIRCUIT COURT OF CASS COUNTY, MISSOURI
AT HARRISONVILLE

| | | |
|---|---|---|
| LLOYD SWARTZ,<br>BY AND THROUGH HIS<br>ATTORNEY-IN-FACT GARY SWARTZ,<br><br>Plaintiff,<br><br>v.<br><br>SWIFT TRANSPORTATION CO.<br>OF ARIZONA, LLC<br>Service by St. Louis County Sheriff at:<br>National Registered Agents, Inc.<br>5661 Telegraph Road, Suite 4B<br>St. Louis, Missouri 63129-4275<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.:________________<br>Div. No.: ________________ |

**PLAINTIFF'S PETITION FOR DAMAGES**

**COMES NOW** Plaintiff Lloyd Swartz, by and through his Attorney-In-Fact Gary Swartz and by and through undersigned counsel, and for his Petition for Damages against Defendant Swift Transportation Company of Arizona, LLC (hereinafter "Defendant") does hereby state and allege as follows:

**PARTIES, JURISDICTION, AND VENUE**

1. Plaintiff Lloyd Swartz is a resident of Grandview, Jackson County, Missouri.

2. On November 25, 2024, Plaintiff Lloyd Swartz executed a Durable Power of Attorney in which he appointed one of his natural sons, Gary Swartz, as his Attorney-In-Fact for a variety of purposes, including "to commence any actions or proceeding for the recovery of any real or personal property or for any other purpose". Accordingly, Plaintiff Lloyd Swartz appears in the above-captioned lawsuit by and through his Attorney-In-Fact Gary Swartz (hereinafter "Plaintiff").

Electronically Filed - Cass - August 26, 2026 - 02:31 PM

3. Upon information and belief, Defendant is a Delaware limited liability company which is authorized to do business in the State of Missouri. It can be served via its Registered Agent at the above address.

4. Jurisdiction and venue are proper in this Court inasmuch as the action arises from the negligent operation of a motor vehicle occurring in Belton, Cass County, Missouri.

5. The amount in controversy in this matter exceeds Twenty-Five Thousand Dollars ($25,000.00).

**FACTS COMMON TO ALL COUNTS**

6. Plaintiff incorporates by reference, as if fully set forth herein, all prior and subsequent statements and allegations.

7. On December 11, 2025, Plaintiff was driving a 1997 Buick Le Sabre (hereinafter "the Le Sabre") northbound on I-49 north of the 58 Highway overpass in Belton, Cass County, Missouri.

8. On December 11, 2025, an unidentified male driver (hereinafter "Driver") was driving a semi tractor owned or leased by Defendant which was pulling a trailer owned or leased by Wal-Mart (hereinafter "the Tractor Trailer") northbound on Interstate 49 (hereinafter "I-49") north of the 58 Highway overpass in Belton, Cass County, Missouri.

9. At all relevant times, Driver was acting in the course and scope of his employment with Defendant. As such, Defendant is vicariously liable for Driver's acts and omissions.

10. That particular section of I-49 contains two (2) lanes. Driver was driving the Tractor Trailer in the left lane. Plaintiff was driving the Le Sabre in the right lane.

11. Suddenly and without warning, the Tractor Trailer entered into the right lane and collided with the Le Sabre (hereinafter the "Crash").

Electronically Filed - Cass - August 26, 2026 - 02:31 PM

12. As a result of the Crash, the Le Sabre was forced off of the I-49 roadway, entered into a ravine separating I-49 and an outer road, and flipped over one or more times before coming to a rest.

13. Plaintiff did nothing to cause or contribute to cause the Crash.

14. Driver did not stop and, instead, continued traveling northbound on I-49.

15. An independent witness (Alicia Mayfield [hereinafter "Mayfield"]) observed the Crash, including the Tractor Trailer switching from the left lane to the right lane and colliding with the Le Sabre. Mayfield followed the Tractor Trailer, took one or more photos of the Tractor Trailer, and reported what she observed to law enforcement through both a 911 phone call and an in-person conversation at the scene of the Crash.

16. As a result of the Crash, Plaintiff sustained injuries to various parts of his body which required a hospitalization through late December 2025. In addition, Plaintiff's injuries have necessitated that he live in an in-patient rehabilitation care center since late December 2025. Finally, Plaintiff has endured and will continue to endure loss of enjoyment of life, anxiety, pain and suffering, and mental anguish.

**COUNT I – NEGLIGENCE**
**PLAINTIFF VERSUS DEFENDANT**

17. Plaintiff incorporates by reference, as if fully set forth herein, all prior and subsequent statements and allegations.

18. At all times during this event, Plaintiff acted in a safe and reasonable manner.

19. At the time of the Crash, Driver, while acting in the course and scope of his employment with Defendant, had a duty to obey the rules of the road, including, but not limited to, keeping a careful lookout, safely and properly switching lanes, and avoiding the striking of any other vehicle, while he operated the Tractor Trailer on I-49.

Electronically Filed - Cass - August 26, 2026 - 02:31 PM

20. At the time of the Crash, Driver, while acting in the course and scope of his employment with Defendant, breached such duty inasmuch as he negligently failed to exercise the appropriate degree of care in the operation of the Tractor Trailer in one or more of the following respects:

a. Driver allowed the Tractor Trailer to switch and/or veer from the left lane into the right lane of I-49 and strike the Le Sabre;

b. Driver failed to keep a careful lookout while operating the Tractor Trailer;

c. Driver drove the Tractor Trailer while distracted;

d. Driver made an improper lane change;

e. Driver failed to maintain proper control of the Tractor Trailer;

f. Driver drove at an excessive speed under the circumstances; and/or

g. Driver knew or by the use of the appropriate degree of care could have known that there was a reasonable likelihood that the Tractor Trailer would collide with the Le Sabre in time thereafter to have taken appropriate evasive action, including, but not limited to, stopping, swerving to the left, and/or slackening speed and swerving to the left, but Driver failed to do so.

21. As a direct and proximate result of Driver's breach of duty and negligence, for which Defendant is vicariously liable, the Crash occurred.

22. As a direct and proximate result of Driver's breach of duty and negligence, for which Defendant is vicariously liable, Plaintiff sustained personal injury.

23. As a direct and proximate result of the incident and injuries described above, Plaintiff has endured and will continue to endure loss of enjoyment of life, anxiety, pain and suffering, and mental anguish.

Electronically Filed - Cass - August 26, 2026 - 02:31 PM

24. As a direct and proximate result of Driver's breach of duty and negligence as set forth herein, for which Defendant is vicariously liable, and Plaintiff's injuries and damages set forth herein, Plaintiff has sustained damages in excess of Twenty-Five Thousand Dollars ($25,000.00).

**WHEREFORE** Plaintiff Lloyd Swartz respectfully requests that judgment on Count I be entered in his favor and against Defendant Swift Transportation Company of Arizona, LLC for compensatory damages in an amount that is fair and reasonable, for pre-judgment and post-judgment interest, for court costs, and for such other and further relief as is just and proper under the circumstances.

**DEMAND FOR JURY TRIAL**

25. Plaintiff demands a trial by jury on all issues so triable.

*/s/ Dennis J. Cassidy*
Dennis J. Cassidy MO #46288
HUNTER & CASSIDY, LLC
1300 N.W. Briarcliff Parkway, Suite 490
Kansas City, Missouri 64150
Telephone: (816) 421-1377
Facsimile: (816) 421-1833
E-Mail: dcassidy@huntercassidylaw.com
ATTORNEY FOR PLAINTIFF

# Summons in Civil Case

IN THE 17TH JUDICIAL CIRCUIT, CASS COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>R MICHAEL WAGNER | **Case Number: 26CA-CC00278** | |
| Plaintiff/Petitioner:<br>LLOYD SWARTZ<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>DENNIS JAMES CASSIDY<br>HUNTER AND CASSIDY LLC<br>600 BROADWAY BLVD.<br>STE. 490<br>KANSAS CITY, MO 64105 | |
| Defendant/Respondent:<br>SWIFT TRANSPORTATION CO. OF ARIZONA, LLC | Court Address:<br>CASS COUNTY JUSTICE CENTER<br>2501 WEST MECHANIC<br>HARRISONVILLE, MO 64701 | |
| Nature of Suit:<br>CC Pers Injury-Vehicular | | (Date File Stamp for Return) |

**The State of Missouri to:** **SWIFT TRANSPORTATION CO. OF ARIZONA, LLC**
**Alias:**
**NATIONAL REGISTERED AGENTS**
**5661 TELEGRAPH RD., STE. 4B**
**SAINT LOUIS, MO 63129-4275**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***

***CASS COUNTY***

| 27-AUG-2026 | /s/ SANDY MASSA by kaq |
|---|---|
| Date | Clerk |

**Further Information:**

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with ______________________________, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:
__________________________________ (name) ______________________ (title).

☐ other: ____________________________________________________________.

Served at ________________________________________________________ (address)
in ___________________________ (County/City of St. Louis), MO, on _______________ (date)
at ___________ (time).

________________________________ ________________________________
Printed Name of Officer or Server Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on ______________________ (date).

*(Seal)*

My commission expires: _______________ ______________________
Date Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

RETURN SB 9-26
26-50269

# Summons in Civil Case

IN THE 17TH JUDICIAL CIRCUIT, CASS COUNTY, MISSOURI

Electronically Filed - CASS - September 10, 2026 - 10:05 AM

| | | |
|---|---|---|
| Judge or Division:<br>R MICHAEL WAGNER | **Case Number: 26CA-CC00278** | |
| Plaintiff/Petitioner:<br>LLOYD SWARTZ<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>DENNIS JAMES CASSIDY<br>HUNTER AND CASSIDY LLC<br>600 BROADWAY BLVD.<br>STE. 490<br>KANSAS CITY, MO 64105 | |
| Defendant/Respondent:<br>SWIFT TRANSPORTATION CO. OF ARIZONA, LLC | Court Address:<br>CASS COUNTY JUSTICE CENTER<br>2501 WEST MECHANIC<br>HARRISONVILLE, MO 64701 | (Date File Stamp for Return) |
| Nature of Suit:<br>CC Pers Injury-Vehicular | | |

**The State of Missouri to:** **SWIFT TRANSPORTATION CO. OF ARIZONA, LLC**
**Alias:**
**NATIONAL REGISTERED AGENTS**
**5661 TELEGRAPH RD., STE. 4B**
**SAINT LOUIS, MO 63129-4275**

30 CTCOR NO

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***

***CASS COUNTY***

| 27-AUG-2026 | /s/ SANDY MASSA by kaq |
|---|---|
| Date | Clerk |

RECEIVED 2026 SEP -1 AM 8:57 ST. LOUIS COUNTY SHERIFF'S OFFICE

**Further Information:**

8 9/2

SJRC (07-25) SM30 (SMCC) *For Court Use Only:* **Document ID # 26-SMCC-665**
1 of 2 (26CA-CC00278)
Civil Procedure Form No. 1, SCR 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Electronically Filed - CASS - September 10, 2026 - 10:05 AM



**Officer's or Server's Return**

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with ______________________, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to: Dan (name) INTAKE SPECIALIST (title).

☒ other: NATIONAL REGISTERED AGENTS, INC.

Served at 5661 Telegraph Rd Ste 4B 63129 (address)
in St Louis (County/City of St. Louis), MO, on 9/4/26 (date)
at 8:45 (time).

Kevin Mether
Printed Name of Officer or Server

[signature]
Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on ______________________ (date).

*(Seal)*

My commission expires: ______________ ______________________
Date Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.